ENTER JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR WILLIAM MALLORY,<br>　　　　Petitioner,<br>　　v.<br>GEORGE GIURBINO, WARDEN,<br>　　　　Respondent. | Case No. CV 08-07151 JSL (AN)<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: Dec. 17, 2008

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY